CHARLES E. LAWTON, peticionario, *v.* P. N. COLBERG, SECRETARIO DE LA CORTE DE DISTRITO DE SAN JUAN, SALA DE LO CIVIL, demandado.

No. 269.—*Sometido:* Julio 7, 1930. *Resuelto:* Julio 24, 1930.

*F. Soto Gras,* abogado del peticionario; *Henry G. Molina* y *J. Henri Brown,* abogados del demandado en el pleito principal.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Charles E. Lawton solicitó de esta corte la expedición de un auto de *mandamus.* Se le ordenó que notificara su petición a la parte que pudiera ser afectada por el procedimiento y se señaló el 7 de julio actual para oír tanto al peticionario como a la dicha otra parte. Ambos comparecieron el día señalado, por medio de sus abogados, e informaron oralmente. Luego presentaron alegatos en apoyo de sus respectivas pretensiones.

Los hechos, en resumen, son así: Dictada sentencia por esta Corte Suprema en la apelación establecida en el pleito

seguido por Charles E. Lawton contra Vicente Rodríguez, ordenando al Secretario de la Corte de Distrito de San Juan que expidiera cierto auto de *injunction* perentorio contra Rafael Carrión, éste apeló para ante la Corte de Circuito de Apelaciones del Primer Circuito que confirmó en todas sus partes la sentencia recurrida. El mandato de la Corte de Circuito fué recibido y está archivado en esta Corte Suprema.

Así las cosas, Rafael Carrión presentó una demanda en la Corte de Distrito de San Juan contra Charles E. Lawton sobre "reformación de contrato y nulidad de sentencia," y al propio tiempo archivó una solicitud de aseguramiento de sentencia, invocando el inciso H de la sección 2 de la Ley para asegurar la efectividad de sentencias de marzo 1, 1902, y la corte, inmediatamente, sin oír al demandado y previa prestación de una fianza de tres mil dólares por el demandante, decretó el aseguramiento, consistente en la paraliza·ción de la ejecución de la sentencia dictada en el pleito de Lawton contra Rodríguez de que se ha hecho mérito.

Lawton pidió al secretario de la corte de distrito que eje·cutara la sentencia que había obtenido a su favor y el secretario se negó basándose en la orden de aseguramiento. Lawton solicitó entonces este auto de *mandamus* dirigido contra el secretario.

La parte contraria, o sea Carrión, al oponerse a la expedición del auto, levantó la siguiente cuestión previa:

"Porque dicha petición es prematura, toda vez que según resulta de la moción sobre retención de mandato radicada por el mismo peticionario, la sentencia para cuya ejecución se solicita el auto de mandamus no ha sido enviada a la Corte de Distrito de la cual es Secretario el demandado."

Tiene razón la parte contraria. No sólo no se envió la sentencia a la corte de distrito para ser ejecutada, si que se ha pedido la corrección de dicha sentencia para ajustarla a la opinión en que se·funda.

Siendo ello así, nada está ante el secretario y su negativa

no puede ser tomada en consideración. *La expedición del auto es, en tal virtud, claramente prematura, y debe negarse sin entrar a considerar los motivos en que la petición se basa.*